JOHN SPROHA ET AL. *v.* CLINTON PLANNING COMMISSION ET AL.

HOUSE, C. J., COTTER, THIM, SHAPIRO and LOISELLE, Js.

Argued October 13—decided November 2, 1971

*David B. Greenberg,* for the appellant.

*John T. Cummiskey, Jr.,* for the appellees.

PER CURIAM. We find no merit to this appeal from a decision of the Clinton planning commission. The decision of the trial court is affirmed for the reasons stated in its memorandum of decision.

There is no error.